This time we'll hear McNab v. Miller. I thought he wasn't coming. I don't think Mr. McNab is here, Your Honor. Well, if he's not here, he can't argue. You are here, Mr. Brody, so... Yes. Thank you. Thank you, and may it please the Court, Frederick Brody v. Officer Miller, the narrow question presented by this appeal is whether Mr. McNab exhausted his administrative remedies against Officer Miller. The answer is no. Mr. McNab did not file a grievance with the inmate grievance clerk during the prescribed time frame. Now I want to address one of the attachments to Appellant's reply brief. For the first time in this litigation, Mr. McNab tendered a grievance form that he claims to have filed six months after the incident took place. That's page 15 of his reply brief, ECF page 15. Was that late? That was late. The time limit... Nevertheless? It appears from another paper, again attached to his reply brief at page 10, it appears that it was just rejected by the clerk because it was six months after the incident, whereas the time limit in the grievance rules was 21 days, unless you applied for an extension. And if you applied for an extension, you could get up to 45 days after the grievance. Now there's no record, even in the attachments to the reply brief, that Mr. McNab applied for an extension. And what I want to say about that document is that first, it wasn't submitted in opposition to summary judgment. Second, it wasn't referenced in Mr. McNab's objections to the magistrate's report and recommendation. And third, it wasn't in his opening briefing on appeal. So I think it can be disregarded. But if the Court chooses to review and credit that document, the grievance was properly rejected as untimely. It was filed well beyond the 21-day limit. The alleged strip search occurred on March 31. The grievance is dated almost six months later in September. Under the Supreme Court's decision in Woodford, 548 U.S. 81, the PLRA requires proper exhaustion, which includes compliance with the administrative deadlines. Mr. McNab did not pursue the grievance process properly by filing his grievance on a timely basis. And for that reason, the judgment below should be affirmed in favor of Officer Miller. Unless the Court has any questions for me, that's the point I felt it was necessary to address. Thank you. We'll reserve decision. Thank you, Your Honors. Mr. McNab's case is taken on submission. That's the last case on calendar. Please adjourn court. Court is adjourned.